IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF/RESPONDENT

    v.     Civil No. 05-5163
         Criminal No. 03-50020-002

CANDIDO RAMIREZ     DEFENDANT/MOVANT

**O R D E R**

    Movant, a prisoner at the Federal Correctional Institute, Forrest City, Arkansas, has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Having reviewed the motion, respondent is ordered to file a response within thirty (30) days from the date of this order.

    IT IS SO ORDERED this 28th day of October 2005.

                                                              /s/Beverly Stites Jones
                                                              HON. BEVERLY STITES JONES
                                                              UNITED STATES MAGISTRATE JUDGE