IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

v.                    Civil No. 05-5163
                     Crim. No. 03-50020-002

**CANDIDO RAMIREZ**                                                  **DEFENDANT**

### O R D E R

Now on this 7th day of March, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #60), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendant's Motion under 28 U.S.C. § 2255 is hereby **dismissed with prejudice** as untimely.

                                               **/s/Jimm Larry Hendren**
                                               **HON. JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**