IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.                      Civil No. 05-5163
                     Criminal No. 03-50020-002

CANDIDO RAMIREZ                              DEFENDANT/MOVANT

                        O R D E R

     Now on this 20th day of March, 2006, the above referenced

matter comes on for consideration.  The Court, being well and

sufficiently advised, finds and orders as follows:

     1.   Candido Ramirez, the defendant/movant, filed herein his

**Motion to Vacate, Set Aside, or Correct Sentence** (document #51),

pursuant to 28 U.S.C. § 2255, on September 30, 2005.

     2.   The United States filed a response, arguing that

Ramirez's motion is untimely (document #53).

     3.   Following Ramirez's completion of a questionnaire

concerning his § 2255 motion, United States Magistrate Judge

Beverly Stites Jones entered her Report and Recommendation

(document #60) which concluded that Ramirez's motion should be

dismissed, as untimely, as **Blakely** and **Booker** are not

retroactively applicable and the motion was filed several months

after the expiration of the limitations period.  *See* Never Misses

a Shot v. United States, 413 F.3d 781 (8ᵗʰ Cir. 2005).

     4.   The Report and Recommendation provided ten (10) days

for the filing of written objections.  Ramirez did not file

written objections to the Report and Recommendation within ten (10) days, and an Order was entered on March 8, 2006 adopting the Report and Recommendation and dismissing Ramirez's motion (document #61).

5.   On March 9, 2006, Ramirez' **Objections to the Magistrate Judge's Report and Recommendation** (document #62).  Despite this Court's Order of March 8, 2006, the Court will now address Ramirez's untimely objections to the Report and Recommendations.

6.   In his objections, Ramirez attempts to distinguish <u>Never Misses a Shot</u>, supra, and argues that his motion was submitted in a timely manner.

7.   This Court has reviewed the pleadings filed herein and concludes that the Report and Recommendation is sound as to both fact and law and that it should be approved and adopted *in toto*.

**IT IS, THEREFORE, ORDERED** that movant's objections to the Report and Recommendation should be, and they hereby are, **overruled.**

**IT IS FURTHER ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #60) should be, and it hereby is, **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated herein, movant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, is hereby **denied.**

**/s/Jimm Larry Hendren**
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**
