IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF/RESPONDENT

    V.                      Civil No. 05-5163
                         Criminal No. 03-50020-002

CANDIDO RAMIREZ                                 DEFENDANT/MOVANT

O R D E R

By order entered March 20, 2006, this Court adopted the Report and Recommendation of the United States Magistrate Judge and denied Candido Ramirez's 28 U.S.C. § 2255 motion. (Docs. 60, 63.) Currently before the Court is Ramirez's Application for a Certificate of Appealability. (Doc. 65.) Ramirez has not made a "substantial showing of the denial of a constitutional right," as required for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c)(2). Accordingly, Ramirez's motion for a certificate of appealability is hereby **DENIED**.

IT IS SO ORDERED this 30th day of May 2006.

                                       /S/JIMM LARRY HENDREN
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE